Judge  Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BRISTOL BAY DEVELOPMENT FUND, LLC, | No. 2:17-cv-00079 MJP |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF THIRD PARTY COMPLAINT |
| v. | |
| THORS HAMMER, official number 127683, its mast, bowsprit, boat, anchors, cables, chains, rigging, tackle, apparel, furniture, freights and all additions, improvements, and all necessaries thereunto appertaining and belonging, including but not limited to Fishing Rights, *in rem*, and VIKING CONSTRUCTORS, LLC, *in personam*, | (PROPOSED ORDER) |
| Defendants, | |

| |
|---|
| VIKING CONSTRUCTORS, LLC, |
| Defendant and Third-Party Plaintiff, |
| v. |
| ICICLE SEAFOODS, INC, |
| Third-Party Defendant. |

Comes now Third Party Plaintiff Viking Constructors, LLC and Third Party Defendant

1   Icicle Seafoods, Inc., by/through their undersigned counsel and hereby Stipulate and Agree that this

2   action has been settled and may be dismissed between these parties with prejudice and without costs.

3

4   DATED this 4th day of October, 2017

5                                           LAW OFFICES OF ROBERT A. GREEN, INC., P.S.

6                                           s/Robert A. Green, WSBA # 12659
                                            1900 West Nickerson Street
7                                           Fishermen's Center, Suite 203
8                                           Seattle, WA 98119
                                            (206) 285-9481 Phone
9                                           (206) 284-4525 Fax
                                            Email: robert@rgreenlaw.com
10

11                                          LeGROS BUCHANAN & PAUL
12                                          By s/ Markus B. G. Oberg, WSBA # 34914
                                            4025 Delridge Way SW
13                                          Suite 500, Seattle, WA. 98106
14                                          (206) 623-4990 Phone
                                            (206) 467-4828 Fax
15                                          Email: moberg@legros.com

16

17                                          **ORDER**

18      Based on the subjoined Stipulation, it is NOW HEREBY ORDERED that the Third Party
19
20   Complaint between Viking Constructors LLC and Icicle Seafoods, Inc. is Dismissed with prejudice

21   and without costs.

22      Dated this 10th day of October, 2017

23

24                                          UNITED STATES DISTRICT JUDGE

25

26