1
2
3
4
5
6
7

8   UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
9   AT SEATTLE

10  BRISTOL BAY DEVELOPMENT         CASE NO. 2:17-cv-00079-MJP
    FUND, LLC,
11                                  DISMISSAL ORDER
                    Plaintiff,
12
            v.
13
    THORS HAMMER,
14
                    Defendant.
15

16
    The parties having not complied with an order directing that a joint status report be filed
17
    by November 3, 2017,
18
    IT IS ORDERED that this action and all claims asserted herein are DISMISSED without
19
    prejudice.
20
    Any trial date and pretrial dates previously set are hereby VACATED.
21
22
23
24

DISMISSAL ORDER - 1

1   The clerk is ordered to provide copies of this order to all counsel.

2   Dated November 7, 2017.

<br>

_____
Marsha J. Pechman
United States District Judge

DISMISSAL ORDER - 2